# Aurum Infinitum Express Trust





US Office: 2350 W State Route 89A #1011
Sedona, Arizona 86336

September 15, 2025

U.S. District Court Clerk
c/o Judge Michael Limburdi
c/o Magistrate Alison Bachus
U.S. Courthouse Suite 130
401 West Washington Street SPC 1
Phoenix, Arizona 85003-2119

In Reference: Case No.: 3:25-cv-08162-MTL-ASB

Dear Clerk of Court,

The original Writ of Habeas Corpus was accepted on August 4, 2025, however I am resubmitting the as there was an error with the case number referenced. The correct case number for which I am currently praying for relief is Case No. S1300CR202580027 with Superior Court of Yavapai County. Thank you for your assistance.

Respectfully submitted;

Without prejudice, All rights reserved:

by: *Marcos, Laura.*